| PROB 22 (Rev. 2/88) **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Tran. Court)* **CR 19-48-BLG-SPW-02** |
| --- | --- | --- |
| | | DOCKET NUMBER *(Rec. Court)* 1:23-cr-00269-MC |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: **HERMAN ELISEO MENENDEZ** | DISTRICT **MONTANA** | DIVISION **BILLINGS** |
| --- | --- | --- |
| | NAME OF SENTENCING JUDGE **United States District Judge Susan P. Watters** | |
| | DATES OF **Supervised Release** | FROM 05/24/2022 / TO 05/23/2027 |

OFFENSE

**21 U.S.C.§ 841(a)(1) – Possession With Intent To Distribute Controlled Substances**

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF MONTANA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **DISTRICT OF OREGON** upon that Court's order of acceptance of jurisdiction.   This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

8-8-2023
*Date*

*Susan P. Watters*
*United States District Court Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR **DISTRICT OF OREGON**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

August 8, 2023
*Effective Date*

/s/Michael J. McShane
*United States District Judge*