JULIE R. PATTEN
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
E-mail: Julia.Patten@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

**FILED**

APR 19 2019

Clerk, U.S. Courts
District Of Montana
Billings Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> BLAKE ZELON ISGET and HERMAN ELISEO MENENDEZ, <br><br> Defendant. | CR 19-48-BLG-SPW <br><br> INDICTMENT <br><br> CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES (Count I) <br> Title 21 U.S.C. § 846 <br> (Penalty for methamphetamine: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years supervised release) <br><br> (Penalty for cocaine: 20 years of imprisonment, $1,000,000 fine, and three years of supervised release) |

1

|  | POSSESSION WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES<br>(Count II)<br>Title 21 U.S.C. § 841(a)(1)<br>(Penalty for methamphetamine: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years supervised release)<br><br>(Penalty for cocaine: 20 years imprisonment, $1,000,000 fine, and three years supervised release)<br><br>DISTRIBUTION OF COCAINE<br>Title 21 U.S.C. § 841(a)(1)<br>(Count III)<br>(Penalty: 20 years imprisonment, $1,000,000 fine, and at least three years supervised release)<br><br>TITLE 21 PENALTIES MAY BE ENHANCED BY PRIOR DRUG-RELATED FELONY CONVICTIONS |

THE GRAND JURY CHARGES:

COUNT I

That beginning in approximately October 2018, and continuing until on or about March 1, 2019, at Billings and within Yellowstone County, in the State and District of Montana, the defendants, BLAKE ZELON ISGET and HERMAN ELISEO MENENDEZ, knowingly and unlawfully conspired with each other and with other persons, known and unknown to the Grand Jury, to possess with the

intent to distribute, in violation of 21 U.S.C. § 841(a)(1), 50 grams or more of actual methamphetamine, a Schedule II controlled substance, and a substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

## COUNT II

That on or about March 1, 2019, at Billings and within Yellowstone County, in the State and District of Montana, the defendants, BLAKE ZELON ISGET and HERMAN ELISEO MENENDEZ, knowingly possessed, with the intent to distribute, 50 grams or more of actual methamphetamine, a Schedule II controlled substance, and a substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT III

That on or about November 9, 2018, at Billings and within Yellowstone County, in the State and District of Montana, the defendant, BLAKE ZELON ISGET, knowingly and unlawfully distributed cocaine, a Schedule II controlled

//

//

//

//

//

substance, in violation of 21 U.S.C. § 841(a)(1).

A TRUE BILL.

Foreperson signature redacted.  Original document filed under seal.

_____
FOREPERSON

*/s/ Kurt G. Alme*
_____
KURT G. ALME
United States Attorney

*/s/ Joseph E. Thaggard (for)*
_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: ✓ both
Bail: _____

4